**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**NICOLE HATTEN** CIVIL ACTION

VERSUS **NO. 26-402-JWD-RLB**

**R&H TRUCKING, LLC, et al.**

## REMAND ORDER AND JUDGMENT

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 16, 2026 (Doc. 15), to which objections/replies were filed and considered (Docs. 16, 17, and 20);

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 6) is **GRANTED.** This matter is **REMANDED** to the 18th Judicial District Court, Parish of West Baton Rouge, State of Louisiana.

Signed in Baton Rouge, Louisiana, on November 24, 2026.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

18th JDC - Certified